

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

February 22, 2021

**By ECF**

Hon. Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

      Re:   *Torres v. Commissioner of Social Security,*
              No. 20 Civ. 9579 (BCM)

Dear Judge Moses:

      This Office represents Andrew M. Saul, the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff challenges a decision to deny her application for Social Security disability benefits.

      I respectfully write to request a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from February 22, 2021, to April 23, 2021. The extension is necessary due to delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

      This is the Commissioner's first request for an extension of time to file the certified administration record, and the plaintiff consents to this request.

I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

BY: /s/ Amanda F. Parsels
AMANDA F. PARSELS
Assistant United States Attorney
Tel.: (212) 637-2780
Cell: (646) 596-1952
Email: amanda.parsels@usdoj.gov

cc: Vanessa Serrano Torres (by mail)
*Plaintiff* Pro Se

---

Application GRANTED. No further extensions of this deadline will be granted absent compelling circumstances. SO ORDERED.

Barbara Moses, U.S.M.J.
February 24, 2021