UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VANESSA SERRANO TORRES,

                     Plaintiff,                     20 **CIVIL** 9579 (BCM)

-v-                                                  **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 24, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
         September 24, 2021

                                                              RUBY J. KRAJICK

                                                              Clerk of Court
                                  BY:
                                                              Deputy Clerk